UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:06-CR-72 |
| | ) | |
| ALEXIS DANYE BLACKSHEAR | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 196]. Neither the defendant nor the government has filed objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to dismiss the indictment is **DENIED** as premature. [Doc. 174].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE